**Case No. 23-2007**

# United States Court of Appeals for the Federal Circuit

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Plaintiffs-Appellees*

v.

LONGHORN IP, LLC,
*Defendant-Appellant.*

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00273-DCN (Judge David C. Nye)

## JOINT MOTION TO CONSOLIDATE APPEALS

1

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 2023-2007 |
| **Short Case Caption** | Micron Technology Inc. v. Longhorn IP, LLC |
| **Filing Party/Entity** | Longhorn IP, LLC |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/14/2023

Signature:  /s/ Scott W. Breedlove

Name:  Scott W. Breedlove

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Longhorn IP, LLC | | Tanit Ventures Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable              ☐    Additional pages attached

| | | |
|---|---|---|
| Nathan I. Cox, Carter Arnett PLLC | Daniel L. Schmid (formerly Carter Arnett PLLC) | Keely E. Duke, Duke Evett, PLLC |
| Seth Lindner (formerly Carter Arnett PLLC) | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable              ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

4

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

| | |
|---:|:---|
| **Case Number** | 2023-2095 |
| **Short Case Caption** | Katana Silicon Technologies LLC v. Micron Technology Inc |
| **Filing Party/Entity** | Katana Silicon Technologies LLC |

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes.  Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/14/2023

Signature:  /s/ Scott W. Breedlove

Name:  Scott W. Breedlove

**5**

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Katana Silicon Technologies LLC | | Tanit Ventures Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐    None/Not Applicable         ☐    Additional pages attached

| | | |
|---|---|---|
| Nathan I. Cox, Carter Arnett PLLC | Daniel L. Schmid (formerly Carter Arnett PLLC) | Keely E. Duke, Duke Evett, PLLC |
| Seth Lindner (formerly Carter Arnett PLLC) | E. Leon Carter, Carter Arnett PLLC | Bradley D. Liddle, Carter Arnett PLLC |
| Michael Pomeroy, Carter Arnett PLLC | | |

---

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑    Yes (file separate notice; see below)    ☐    No    ☐    N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

---

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑    None/Not Applicable         ☐    Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## CERTIFICATE OF INTEREST

I certify that the information below is complete to the best of my knowledge.

Date: July 14, 2023          Signature:    /s/Andrew T. Dufresne

                             Name:        Andrew T. Dufresne

| 1. Represented Entity | 2. Real Party in Interest | 3. Parent Corporations and 10% Stockholders |
|---|---|---|
| Micron Technology, Inc. | n/a | n/a |
| Micron Semiconductor Products, Inc. | n/a | Micron Technology, Inc. |
| Micron Technology Texas, LLC | n/a | Micron Technology, Inc. |

| 4. Other Legal Representatives | | |
|---|---|---|
| **Perkins Coie LLP**: | Trevor Jonathan Bervik | David T. Krueck |
| | Daniel Graham | Amy E. Simpson* |
| | | * no longer with Perkins Coie |

| 5. Related Cases |
|---|
| *Micron Technology, Inc. v. Longhorn IP LLC*, No. 23-2007 (Fed. Cir.); *Micron Technology, Inc. v. Longhorn IP LLC*, No. 1:22-cv-00273-DCN (D. Idaho). |

| 6. Organizational Victims and Bankruptcy Cases |
|---|
| None |

Appellants Longhorn IP, LLC ("Longhorn") [1] and Katana Silicon Technologies LLC ("Katana"),[2] and appellees Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC (collectively, "Micron"),[3] respectfully move pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Rule 27(h) of the Federal Circuit Rules to consolidate two companion appeals from the consolidated decision of the U.S. District Court for the District of Idaho appealed from in both cases. Those two appeals are case numbers 23-2007 and 23-2095.[4]

These two appeals address the same district court order and involve largely identical issues concerning the Idaho Bad Faith Assertion Act (the "Act"), which makes it "unlawful for a person to make a bad faith assertion of patent infringement in a demand letter, a complaint, or any other communication." Idaho Code § 48-1703(1). The Act further includes a bond provision, which states that "[u]pon motion by a target and a finding by the court that a target has established a reasonable likelihood that a person has made a bad faith assertion of patent infringement in

---

[1] Longhorn is the appellant in case number 23-2007.
[2] Katana is the appellant in case number 23-2095.
[3] Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas, LLC, and the State of Idaho are the appellees in both case number 23-2007 and case number 23-2095.
[4] This motion is being filed in both dockets.

violation of this chapter, the court shall require the person to post a bond." Idaho Code § 48-1707.

Consolidation would conserve resources for the Court and the parties by permitting the issues to be resolved in a single proceeding with only one principal brief, one responsive brief each for the Micron and State appellees, and one reply brief, and with each party abiding by the standard word counts for those briefs. Further, there would be only one oral argument in these companion appeals, providing additional efficiencies to the parties and the Court.

Should the cases be consolidated, the parties respectfully request that Appellants' principal brief be due August 28, 2023, in the consolidated appeal. This would permit Katana and Longhorn to consolidate their arguments in the two appeals and file a single opening brief. Longhorn's principal brief is currently due August 14, 2023, in the 23-2007 appeal, and Katana's principal brief is currently due August 28, 2023, in the 23-2095 appeal. Neither Longhorn nor Katana has previously sought an extension in their respective appeals.

Longhorn, Katana, and Micron have conferred and file this motion jointly, and appellee the State of Idaho has indicated that it does not oppose.

For the foregoing reasons, Longhorn, Katana, and Micron respectfully request that the Court consolidate *Micron Technology, Inc. v. Longhorn IP LLC*, Case No. 23-2007 (Fed. Cir.), and *Katana Silicon Technologies LLC v. Micron Technology,*

*Inc.*, Case No. 23-2095 (Fed. Cir.), and set the due date for Appellants' consolidated

principal brief to August 28, 2023.

July 14, 2023                                        Respectfully submitted,

                                                     */s/ Scott W. Breedlove*
                                                     Scott W. Breedlove
                                                     sbreedlove@carterarnett.com
                                                     Joshua J. Bennett
                                                     jbennett@carterarnett.com
                                                     Omer Salik
                                                     osalik@carterarnett.com
                                                     Theresa M. Dawson
                                                     tdawson@carterarnett.com
                                                     CARTER ARNETT PLLC
                                                     8150 N. Central Expy, Suite 500
                                                     Dallas, Texas 75206
                                                     214-550-8188 (Telephone)
                                                     214-550-8185 (Facsimile)

                                                     **COUNSEL FOR DEFENDANT-
                                                     APPELLANTS LONGHORN IP, LLC
                                                     AND KATANA SILICON
                                                     TECHNOLOGIES LLC**

                                                     /s/Andrew T. Dufresne
                                                     Andrew T. Dufresne
                                                     PERKINS COIE LLP
                                                     33 East Main Street, Suite 201
                                                     Madison, Wisconsin 53703
                                                     608-663-7492
                                                     ADufresne@perkinscoie.com

                                                     **COUNSEL FOR MICRON
                                                     TECHNOLOGY, INC., MICRON
                                                     SEMICONDUCTOR PRODUCTS, INC.,
                                                     AND MICRON TECHNOLOGY TEXAS
                                                     LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system on July 14, 2023.

Dated: July 14, 2023                    */s/ Scott W. Breedlove*
                                        Scott W. Breedlove

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). The motion contains 480 words, excluding the parts of the motion exempted by Federal Circuit Rule 27(d) and Federal Rule of Appellate Procedure 32(f). Pursuant to Federal Rule of Appellate Procedure 27(d)(1)(E), this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft Word for MAC in Times New Roman 14-point font.

Dated: July 14, 2023                    */s/ Scott W. Breedlove*
                                        Scott W. Breedlove

## <u>CERTIFICATE OF AUTHORITY</u>

I hereby certify that, on July 14, 2023, Andrew Dufresne, counsel for the Micron Appellees, provided his permission for Appellants to file the instant motion using Mr. Dufresne's electronic signature.

Dated: July 14, 2023                           */s/ Scott W. Breedlove*
                                               Scott W. Breedlove