**Case No. 23-2007**

# United States Court of Appeals for the Federal Circuit

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Plaintiffs-Appellees*

v.

LONGHORN IP, LLC,
*Defendant-Appellant.*

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00273-DCN (Judge David C. Nye)

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MICRON'S MOTION TO DISMISS**

FORM 9. Certificate of Interest    Form 9 (p. 1)
                                   March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-2007

**Short Case Caption** Micron Technology Inc. v. Longhorn IP, LLC

**Filing Party/Entity** Longhorn IP, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/17/2023    Signature: /s/ Scott W. Breedlove

                    Name: Scott W. Breedlove

FORM 9. Certificate of Interest                                         Form 9 (p. 2)
                                                                         March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☐ None/Not Applicable |
| Longhorn IP, LLC | | Tanit Ventures Inc. |

☐   Additional pages attached

FORM 9. Certificate of Interest                                              Form 9 (p. 3)
                                                                              March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable     ☐ Additional pages attached

| | | |
|---|---|---|
| Nathan I. Cox, Carter Arnett PLLC | Daniel L. Schmid (formerly Carter Arnett PLLC) | Keely E. Duke, Duke Evett, PLLC |
| Seth Lindner (formerly Carter Arnett PLLC) | | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)    ☐ No    ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable     ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

4

Pursuant to Rules 26(b) and 27(h) of the Federal Circuit Rules, Defendant-Appellant Longhorn IP, LLC (hereafter "Longhorn"), respectfully moves this Court to extend by 14 days the deadline for Longhorn to file its response to Plaintiffs-Appellees Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC's (collectively, "Micron") Motion to Dismiss (D.I. 16). Longhorn's response is currently due on July 24, 2023. Longhorn has conferred with counsel for Micron, and Micron does not oppose this motion provided Longhorn agrees to extend Micron a similar courtesy should Micron need an equivalent extension on its reply brief.[1]

The extension of time is being sought to accommodate the professional schedules of Longhorn's counsel and to ensure that the issues in Longhorn's response are adequately presented for the Court's review.

In accordance with Rule 26(b)(2) of the Federal Circuit Rules, Longhorn further states that:

1. Longhorn seeks to extend the due date for Longhorn's response to Micron's Motion to Dismiss, which is currently due on July 24, 2023.

2. Longhorn seeks to extend the due date by 14 days until August 7, 2023.

---

[1] Counsel for Plaintiff-Appellee the State of Idaho indicated that that the State does not oppose Micron's Motion to Dismiss but did not join Micron's motion.

3. Longhorn has not previously sought an extension to respond to Micron's Motion to Dismiss.

4. The Joint Motion to Consolidate (D.I. 17) sought to set the deadline for Longhorn's and Katana Silicon Technologies, LLC's consolidated opening brief to August 28, 2023. Longhorn's opening brief in the instant appeal was originally due on August 14, 2023.

For the foregoing reasons, Longhorn respectfully requests that the Court grant a 14-day extension and set the due date for Longhorn's response to Micron's Motion to Dismiss to August 7, 2023.

July 17, 2023

Respectfully submitted,

/s/ Scott W. Breedlove
Scott W. Breedlove
sbreedlove@carterarnett.com
Joshua J. Bennett
jbennett@carterarnett.com
Omer Salik
osalik@carterarnett.com
Theresa M. Dawson
tdawson@carterarnett.com
CARTER ARNETT PLLC
8150 N. Central Expy, Suite 500
Dallas, Texas 75206
214-550-8188 (Telephone)
214-550-8185 (Facsimile)

**COUNSEL FOR DEFENDANT-APPELLANT LONGHORN IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system on July 17, 2023.

Dated: July 17, 2023　　　　　　　　　　　　　　　　*/s/ Scott W. Breedlove*
　　　　　　　　　　　　　　　　　　　　　　　　　　Scott W. Breedlove

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2). The motion contains 293 words, excluding the parts of the motion exempted by Federal Circuit Rule 27(d) and Federal Rule of Appellate Procedure 32(f). Pursuant to Federal Rule of Appellate Procedure 27(d)(1)(E), this motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6). The motion has been prepared in a proportionally spaced typeface using Microsoft Word for MAC in Times New Roman 14-point font.

Dated: July 17, 2023　　　　　　　　　　　　　　　　*/s/ Scott W. Breedlove*
　　　　　　　　　　　　　　　　　　　　　　　　　　Scott W. Breedlove