

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

February 15, 2024

2023-2007 - Micron Technology, Inc. v. Longhorn IP LLC

# NOTICE OF NON-COMPLIANCE

The document (Opening Brief) submitted by Katana Silicon Technologies LLC and Longhorn IP LLC is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The case number(s) must be centered at the <u>top</u> of the cover. Fed. R. App. P. 32(a)(2)(A).

- The cover does not include the title of the document and/or identify for whom the document is filed. Fed. R. App. P. 32(a)(2)(E).

    *[Clerk's Note: The caption provided on the document does not follow the official caption provided by the Clerk. See Fed. R. App. 32(a)(2) for cover requirements and order of appearance. Note particularly Fed. R. App. 32(a)(2)(C) and Fed. R. App. 32(a)(2)(D).]*

- The brief does not contain one or more exemplary patent claims illustrative of the issue(s) on appeal on the inside front cover (or immediately following the front cover if the language requires more space). Fed. Cir. R. 32(a)(3).

- Other marks must be redacted from the appendix to avoid confusion with the appendix page number. Fed. Cir. R. 30(c)(2).

    *[Clerk's Note: For example, Appx1 is also numbered 56 and "Memorandum Decision and Order – 1."]*

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: A. Kleydman, Deputy Clerk