# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE - Corrected

**Case Number:** 23-2007

**Short Case Caption:** Micron Technology, Inc. v. Longhorn IP LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

State of Idaho

| | |
|---|---|
| **Principal Counsel:** Alan Hurst | Admission Date: NA |
| Firm/Agency/Org.: Office of the Attorney General, State of Idaho | |
| Address: PO Box 83720, Boise, ID 83720-0010 | |
| Phone: 208.947.8773 | Email: alan.hurst@ag.idaho.gov |
| **Other Counsel:** Michael Zarian | Admission Date: NA |
| Firm/Agency/Org.: Office of the Attorney General, State of Idaho | |
| Address: PO Box 83720, Boise, ID 83720-0010 | |
| Phone: 208.947.8779 | Email: michael.zarian@ag.idaho.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 3/4/24

Signature: /s/ James Simeri

Name: James Simeri

**[DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]**

| **Other Counsel:** James Simeri | Admission Date: NA |
|---|---|
| Firm/Agency/Org.: Office of the Attorney General, State of Idaho | |
| Address: PO Box 83720, Boise, ID 83720-0010 | |
| Phone: 208.999.2186 | Email: james.simeri@ag.idaho.gov |
| **Other Counsel:** Stephanie Guyon | Admission Date: NA |
| Firm/Agency/Org.: Office of the Attorney General, State of Idaho | |
| Address: PO Box 83720, Boise, ID 83720-0010 | |
| Phone: 208.334.4135 | Email: stephanie.guyon@ag.idaho.gov |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |