No. 23-2007, -2095

In the
**United States Court of Appeals for the Federal Circuit**

Micron Technology, Inc.,
Micron Semiconductor Products, Inc., Micron Technology Texas, LLC, State Of Idaho,
*Appellees,*

*v.*

Longhorn IP LLC,
*Appellant.*

---

Katana Silicon Technologies LLC,
*Appellant,*

*v.*

Micron Technology, Inc.,
Micron Semiconductor Products, Inc., Micron Technology Texas, LLC, State Of Idaho,
*Appellees.*

---

*Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00282, Judge David C. Nye*

**MOTION FOR LEAVE TO FILE
BRIEF OF *AMICI CURIAE*
COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION
AND HIGH TECH INVENTORS ALLIANCE
IN SUPPORT OF MICRON *ET AL.***

Joshua Landau
Computer & Communications
    Industry Association
25 Massachusetts Avenue NW
Suite 300C
Washington, DC 20001
jlandau@ccianet.org
(202) 470-3622
Counsel for *Amici Curiae*

Pursuant to Federal Rule of Appellate Procedure 29(a), the Computer & Communications Industry Association ("CCIA") and High Tech Inventors Alliance respectfully request leave to file an *amicus curiae* brief in support of Micron.  Micron and the State of Idaho have consented to the filing of this brief.  Katana and Longhorn have not responded to a consent request.

The Computer & Communications Industry Association ("CCIA") is an international nonprofit association representing a broad cross section of communications and technology firms.  For more than fifty years, CCIA has promoted open markets, open systems, and open networks.  CCIA members[1] employ more than 1.6 million workers, invest more than $100 billion in research and development, and contribute trillions of dollars in productivity to the global economy.  CCIA regularly files *amicus* briefs in this and other courts to promote balanced patent policies.

The High Tech Inventors Alliance (HTIA) represents leading technology providers and includes some of the most innovative

---

[1] CCIA's members are listed at https://www.ccianet.org/about/members.

companies in the world.[2] HTIA member companies are global leaders in software, ecommerce, cloud computing, artificial intelligence, quantum computing, digital advertising and marketing, streaming, networking and telecommunications hardware, computers, smartphones, and semiconductors. HTIA includes four of the top six software companies in the world, two of the top ten providers of 5G network infrastructure, three of the ten largest tech hardware companies, and three of the ten largest semiconductor companies in the world. They are also some of the world's largest patent owners and have collectively been granted nearly 350,000 patents.

In 2012, a patent lawyer set up a company called MPHJ. Over the next two years, it sent out more than 16,000 demand letters to small businesses under 81 separate shell company names. In response, state legislatures—starting in Vermont—began passing bad faith patent assertion laws. These laws, drafted in compliance with long-standing precedent allowing states to further penalize patent assertions made in

---

[2] More information on HTIA, including a full list of its members can be found at https://www.hightechinventors.com/.

bad faith, targeted the kind of behavior engaged in by MPHJ and others.

As product manufacturers, patent licensors and licensees, and patent owners, *amici*'s members benefit from a properly balanced patent system.  Patent enforcement is part of that balance—but only if conducted in good faith.  And when conducted in bad faith, patent assertions are appropriate subject matter for state regulation.  *Amici* believe that this brief can provide additional context as to why more than thirty states passed bad faith patent assertion statutes in a short span of time and why those laws remain necessary today.

These perspectives are not fully presented by the parties in the case and *amici* believe they would be useful to this Court in its consideration of this case.

Accordingly, this Court should grant *amici* leave to file their brief in support of Micron.  *Amici*'s brief is attached for this Court's consideration in the event this motion for leave is granted.

May 24, 2024                                   Respectfully submitted,


                              /s/ Joshua Landau

Joshua Landau
Computer & Communications
Industry Association
25 Massachusetts Ave NW
Suite 300C
Washington, DC 20001
202-470-3622
Counsel for *Amici Curiae*

## CERTIFICATE OF INTEREST

I certify that the following information is accurate and complete to the best of my knowledge.

Dated: May 24, 2024              /s/ Joshua Landau

Joshua Landau

| 1. Represented Entities | 2. Real Parties in Interest | 3. Parent Corporations and Stockholders |
|---|---|---|
| Computer & Communications Industry Association | Same | None |
| High Tech Inventors Alliance | Same | None |

| 4. Legal Representatives |
|---|
|  |

| |
|---|
| None |

| **5. Related Cases** |
|---|
| None |

| **6. Organizational Victims and Bankruptcy Cases** |
|---|
| Not Applicable |

United States Court of Appeals
for the Federal Circuit
*Micron et al. v. Longhorn,* 23-2007, -2095

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION

This motion was printed using a 14 point Century Schoolbook font. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27. According to Microsoft Word 2021, the word processing system used to prepare this document, the motion contains 487 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f).

May 24, 2024                     /s/ Joshua Landau

                                                       Joshua Landau
                                                       Counsel for *Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I caused the foregoing **Motion For Leave To File Brief Of Computer & Communications Industry Association In Support Of Apple** to be electronically filed with the Clerk of the Court using CM/ECF, which will automatically send email notification of such filing to all counsel of record.

May 24, 2024             /s/ Joshua Landau

Joshua Landau
Counsel for *Amici Curiae*