

**UNITED STATES COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 29, 2024

2023-2007 - Katana Silicon Technologies LLC v. Longhorn IP LLC

# NOTICE OF NON-COMPLIANCE

The documents (Entry of Appearance and Amicus Brief) submitted by the State of North Carolina are not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of these documents correcting the following:

- **Entry of Appearance:** The contact information for Ryan Park and Nicholas Brod on the form does not match the information associated with the users' accounts. Please ensure the corrected appearance form contains up-to-date contact information. If that information differs from the information associated with the user's account, please also update that information through the PACER Service Center. Fed. Cir. R. 25(a)(5).

- **Amicus Brief:** The cover of an amicus brief must indicate whether the brief supports affirmance or reversal and must identify the party or parties supported or indicate neither party. Fed. R. App. P. 29(a)(4).

\* \* \*

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket. An</u>

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: A. Kleydman, Deputy Clerk