

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

May 30, 2024

2023-2007 - Katana Silicon Technologies LLC v. Longhorn IP LLC

# NOTICE OF NON-COMPLIANCE

The document Response Brief submitted by State of Idaho is not in compliance with the rules of this court. Within <u>five business</u> days from the date of this notice, please submit a corrected version of this document correcting the following:

- The Certificate of Interest (COI) included in the document does not match the information on the COI entered on the docket. Please ensure the COI included in the corrected document contains up-to-date information. If that information differs from the previously filed COI, please refile this document and file an amended COI as a separate docket entry. Fed. Cir. R. 47.4(c).

*[Clerk's note: There still is no COI on the docket for the State of Idaho.]*

* * *

If applicable, the deadline for the next or responsive submission is computed from the original submission date, not the submission date of the corrected version.

When filing the corrected document, please include the word "Corrected" in the document title or on the cover. See Fed. Cir. R. 25(c)(4) and Fed. Cir. R. 25(i) for information concerning corrected filings.

<u>A party's failure to timely file a corrected document curing all defects identified on this notice may result in the original document being stricken from the docket.</u> An

appellant's failure to cure a defective filing may also result in the dismissal of the appeal pursuant to Fed. R. App. P. 31(c).

FOR THE COURT



Jarrett B. Perlow
Clerk of Court

By: J. Phillips, Deputy Clerk