FORM 8A. Entry of Appearance | Form 8A (p.1)
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### ENTRY OF APPEARANCE - Corrected

**Case Number:** 23-2007

**Short Case Caption:** Micron Technology, Inc. v. Longhorn IP, LLC

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

North Carolina, Alaska, Arizona, Colorado, Hawaii, Illinois, Indiana, Kansas, Louisiana, Maine, Maryland, Massachusetts, Mississippi, New Jersey, New Mexico, New York, Oklahoma, Oregon, South Carolina, South Dakota, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin, Wyoming, and the District of Columbia

| **Principal Counsel:** Ryan Y. Park | Admission Date: N/A |
|---|---|
| Firm/Agency/Org.: North Carolina Department of Justice | |
| Address: 114 West Edenton Street, Raleigh, NC 27603 | |
| Phone: 919-716-6400 | Email: rpark@ncdoj.gov |
| **Other Counsel:** Nicholas S. Brod | Admission Date: N/A |
| Firm/Agency/Org.: North Carolina Department of Justice | |
| Address: 114 West Edenton Street, Raleigh, NC 27603 | |
| Phone: 919-716-6400 | Email: nbrod@ncdoj.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 5/30/24

Signature: /s/ Nicholas S. Brod

Name: Nicholas S. Brod