# United States Court of Appeals for the Federal Circuit

**Case No. 23-2007**

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Plaintiffs-Appellees*

v.

LONGHORN IP, LLC,
*Defendant-Appellant*.

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00273-DCN (Judge David C. Nye)

**Case No. 23-2095**

KATANA SILICON TECHNOLOGIES LLC,
*Plaintiff-Appellant*,

v.

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Defendants-Appellees*.

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00282-DCN (Judge David C. Nye)

**NOTICE OF WITHDRAWAL OF NON-PRINCIPAL COUNSEL**

Appellants Katana Silicon Technologies, LLC and Longhorn IP, LLC ("Appellants") file this Notice of Withdrawal of Non-Principal Counsel ("Notice") to withdraw Theresa M. Dawson as counsel of record for Appellants, as she is no longer with the law firm of Carter Arnett Bennett & Perez PLLC (f/k/a Carter Arnett PLLC).

Accordingly, Appellants respectfully request that the Court permit Theresa M. Dawson, formerly of the law firm Carter Arnett Bennett & Perez PLLC, to withdraw as counsel of record in this matter. Appellants will continue to be represented by Scott Breedlove, Joshua Bennett, and Omer Salik, among other attorneys, of the law firm of Carter Arnett Bennett & Perez, PLLC.

Respectfully submitted on this 31st day of May 2024.

    */s/ Scott W. Breedlove*
Scott W. Breedlove
sbreedlove@carterarnett.com
Joshua J. Bennett
jbennett@carterarnett.com
Omer Salik
osalik@carterarnett.com
**CARTER ARNETT BENNETT & PEREZ PLLC**
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

**ATTORNEYS FOR APPELLANTS KATANA SILICON TECHNOLOGIES, LLC. AND LONGHORN IP, LLC**