NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Plaintiffs-Appellees*

**v.**

**LONGHORN IP LLC,**
*Defendant-Appellant*

———————————

2023-2007

———————————

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00273-DCN, Judge David C. Nye.

-------------------------------------------------

**KATANA SILICON TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**v.**

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Defendants-Appellees*

———————————

2023-2095

_____

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00282-DCN, Judge David C. Nye.

_____

## ON MOTION

_____

## O R D E R

ACT | The App Association moves for leave to file a brief amicus curiae in support of appellees. The submitted brief states that "[a]ll parties have consented to its filing." ECF No. 43 at 13, n.1.

Rule 29(a)(2) of the Federal Rules of Appellate Procedure states that "amicus curiae may file a brief . . . if the brief states that all parties have consented to its filing."

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as moot.

FOR THE COURT

May 31, 2024
Date

Jarrett B. Perlow
Clerk of Court