# United States Court of Appeals
# for the Federal Circuit

---

**Case No. 23-2007**

---

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Plaintiffs-Appellees*

v.

LONGHORN IP, LLC,
*Defendant-Appellant.*

---

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00273-DCN (Judge David C. Nye)

---

**Case No. 23-2095**

---

KATANA SILICON TECHNOLOGIES LLC,
*Plaintiff-Appellant,*

v.

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Defendants-Appellees.*

---

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00282-DCN (Judge David C. Nye)

---

**CORRECTED MOTION FOR EXTENSION OF
TIME TO FILE APPELLANTS' REPLY BRIEF**

---

FORM 9. Certificate of Interest

Form 9 (p. 1)
March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-2007

**Short Case Caption** Micron Technology Inc. v. Longhorn IP, LLC

**Filing Party/Entity** Longhorn IP, LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/03/2024

Signature: /s/ Scott W. Breedlove

Name: Scott W. Breedlove

FORM 9. Certificate of Interest

Form 9 (p. 2)
March 2023

| 1. Represented Entities.<br>Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest.<br>Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders.<br>Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Longhorn IP, LLC | | Tanit Ventures Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐   None/Not Applicable          ☐   Additional pages attached

| | | |
|---|---|---|
| Nathan I. Cox (formerly Carter Arnett PLLC) | Daniel L. Schmid (formerly Carter Arnett PLLC) | Keely E. Duke, Duke Evett, PLLC |
| Seth Lindner (formerly Carter Arnett PLLC) | Theresa Dawson (formerly Carter Arnett PLLC) | |
| | | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable          ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

FORM 9. Certificate of Interest

Form 9 (p. 1)<br>March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF INTEREST

**Case Number** 2023-2095

**Short Case Caption** Katana Silicon Technologies LLC v. Micron Technology Inc

**Filing Party/Entity** Katana Silicon Technologies LLC

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 06/03/2024          Signature:  /s/ Scott W. Breedlove

                          Name:      Scott W. Breedlove

FORM 9. Certificate of Interest

Form 9 (p. 2)
March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☐ None/Not Applicable |
| Katana Silicon Technologies LLC | | Tanit Ventures Inc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐    Additional pages attached

FORM 9. Certificate of Interest

Form 9 (p. 3)
March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| Nathan I. Cox (formerly Carter Arnett PLLC) | Daniel L. Schmid (formerly Carter Arnett PLLC) | Keely E. Duke, Duke Evett, PLLC |
| Seth Lindner (formerly Carter Arnett PLLC) | E. Leon Carter, Carter Arnett PLLC | Bradley D. Liddle, Carter Arnett PLLC |
| Michael Pomeroy, Carter Arnett PLLC | Theresa Dawson (formerly Carter Arnett PLLC) | |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☑ Yes (file separate notice; see below)   ☐ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases.** Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑     None/Not Applicable          ☐     Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

Appellants Katana Silicon Technologies, LLC and Longhorn IP, LLC ("Appellants") move the Court for an extension of time to file Appellants' Reply Brief and, pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure and Federal Circuit Rule 26(b), state as follows:

The current deadline for filing Appellants' Reply Brief is June 7, 2024. The length of the extension sought is twenty-one (21) days, or until June 28, 2024. This is the first extension of time requested for filing Appellants' Reply Brief.[1]

The extension of time is requested, now that the briefs of Appellees and multiple amici curiae have been submitted, to accommodate the professional schedules of Appellants' counsel and to ensure that the issues in this appeal are adequately presented for this Court's review. Good cause for the extension is shown by the attached declaration.

Counsel for Appellants has conferred with counsel for Appellees, Micron Technology, Inc., Micron Semiconductor Products, Inc., Micron Technology Texas, LLC, and the State of Idaho, and Appellees do not oppose the requested extension of time.

---

[1] Appellants previously sought a 14-day extension to respond to Micron's motion to terminate the appeal (*See* D.I. 13 (Case No. 23-2095) and D.I. 18 (Case No. 23-2007).) Also, the Joint Motion to Consolidate (D.I. 17) sought to set the deadline for Appellants' consolidated opening brief to August 28, 2023. Katana's opening brief in appeal 23-2095 was originally due on August 28, 2023, and Longhorn's opening brief in appeal 2023-2007 was originally due on August 14, 2023. After the deadline for Appellants' Brief was moved to January 24, 2024 by operation of the rules following Micron's motion to terminate, Appellants sought and obtained a 14-day extension to February 7, 2024 to file Appellants' Brief. (*See* D.I. 24.)

WHEREFORE, Appellants respectfully request that this Court grant the motion and extend the time for filing Appellants' Reply Brief for twenty-one (21) days until June 28, 2024.

Respectfully submitted on this 3rd day of June 2024.

/s/ Scott W. Breedlove
Scott W. Breedlove
sbreedlove@carterarnett.com
Joshua J. Bennett
jbennett@carterarnett.com
Omer Salik
osalik@carterarnett.com
CARTER ARNETT BENNETT & PEREZ PLLC
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

ATTORNEYS FOR APPELLANTS
KATANA SILICON
TECHNOLOGIES, LLC. AND
LONGHORN IP, LLC

I, Scott W. Breedlove, make the following declaration:

1.    I am an attorney at the law firm of Carter Arnett Bennett & Perez PLLC (f/k/a Carter Arnett PLLC).   I represent Katana Silicon Technologies LLC and Longhorn IP, LLC ("Appellants") in this appeal.

2.    The current deadline for filing Appellants' Reply Brief is June 7, 2024. This is the first extension of time requested for filing Appellants' Reply Brief. If the requested extension is granted, the new filing deadline will be June 28, 2024.

3.    Appellants have good cause for the requested 21-day extension. As noted in Micron's declaration in support of its motion to extend by 60 days the deadline for Appellees' Response Brief (D.I. 31), this is an appeal involving several jurisdictional and merits issues, including a constitutional challenge to a state statute. Moreover, Appellants' Reply Brief will be replying to five response briefs—*i.e.*, briefs from Micron, the State of Idaho, and three sets of amici curiae. Preparing this reply will require substantial time and effort. Appellants' counsel have overlapping responsibilities in other matters, including a patent infringement case recently reset for trial in the Eastern District of Texas for June 24, 2024.

4.    I have conferred with counsel for Micron and the State of Idaho and confirmed they do not oppose Appellants' requested extension.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 3, 2024.

/s/ *Scott W. Breedlove*
Scott W. Breedlove

## CERTIFICATE OF SERVICE

This is to certify that on June 3, 2024, a true, correct, and complete copy of the Corrected Motion for Extension of Time to File Appellants Reply Brief has been served on all counsel of record via the court-approved electronic filing system.

*/s/ Scott W. Breedlove*
Scott W. Breedlove

## CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMITATIONS

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it has been prepared using a proportionally spaced typeface and includes 324 words.

*/s/ Scott W. Breedlove*
Scott W. Breedlove