NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

―――――――――――――――――

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Plaintiffs-Appellees*

v.

**LONGHORN IP LLC,**
*Defendant-Appellant*

―――――――――――――――――

2023-2007

―――――――――――――――――

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00273-DCN, Judge David C. Nye.

-------------------------------------------------

**KATANA SILICON TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

v.

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Defendants-Appellees*

―――――――――――――――――

2023-2095

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00282-DCN, Judge David C. Nye.

**ON MOTION**

**O R D E R**

Upon consideration of appellants' unopposed motion for an extension of time, until June 28, 2024, to file their reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

June 4, 2024
Date

Jarrett B. Perlow
Clerk of Court