2023–2007, 2023–2095

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

No. 2023–2007

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,

*Plaintiffs-Appellees*

v.

LONGHORN IP LLC,

*Defendant-Appellant*

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00273, Judge David C. Nye

No. 2023–2095

KATANA SILICON TECHNOLOGIES LLC,

*Plaintiff-Appellant*

v.

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,

*Defendants-Appellees*

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00282, Judge David C. Nye

**MICRON'S CERTIFICATE OF COMPLIANCE UNDER FEDERAL CIRCUIT RULE 25.1(c)(2)(A)**

Amanda Tessar
PERKINS COIE LLP
1900 Sixteenth Street
Denver, Colorado 80202
(303) 291–2357
ATessar@perkinscoie.com

Andrew T. Dufresne
PERKINS COIE LLP
33 East Main Street, Suite 201
Madison, Wisconsin 53703
(608) 663–7492
ADufresne@perkinscoie.com

Jonathan I. Tietz
PERKINS COIE LLP
700 Thirteenth Street N.W., Suite 800
Washington, D.C. 20005
(202) 654–6200
JTietz@perkinscoie.com

*Counsel for Appellees Micron Technology, Inc.,
Micron Semiconductor Products, Inc., and Micron Technology Texas LLC*

July 8, 2024

Appellees Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas, LLC, hereby certify that they have complied with Federal Circuit Rule 25.1(c)(2). The briefs and joint appendix in this appeal are non-confidential and do not cite or discuss any protected materials.

Dated: July 8, 2024                    Respectfully submitted,

                                       PERKINS COIE LLP

                                       By /s/Andrew T. Dufresne
                                          Andrew T. Dufresne

                                       *Counsel for Appellees Micron Technology, Inc., Micron Semiconductor Products, Inc., and Micron Technology Texas LLC*