# United States Court of Appeals for the Federal Circuit

**Case No. 23-2007**

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Plaintiffs-Appellees*

v.

LONGHORN IP, LLC,
*Defendant-Appellant.*

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00273-DCN (Judge David C. Nye)

**Case No. 23-2095**

KATANA SILICON TECHNOLOGIES LLC,
*Plaintiff-Appellant,*

v.

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Defendants-Appellees.*

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00282-DCN (Judge David C. Nye)

**KATANA SILICON TECHNOLOGIES LLC AND LONGHORN IP, LLC'S CERTIFICATE OF COMPLIANCE UNDER FEDERAL CIRCUIT RULE 25.1(c)(2)(A)**

Appellants Katana Silicon Technologies, LLC and Longhorn IP, LLC ("Appellants") hereby certify that they have complied with Federal Circuit Rule 25.1(c)(2). The briefs and joint appendix in this appeal are nonconfidential and do not cite or discuss any protected materials.

Respectfully submitted on this 8th day of July 2024.

*/s/ Scott W. Breedlove*
Scott W. Breedlove
sbreedlove@carterarnett.com
Joshua J. Bennett
jbennett@carterarnett.com
Omer Salik
osalik@carterarnett.com
**CARTER ARNETT BENNETT & PEREZ PLLC**
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

**ATTORNEYS FOR APPELLANTS KATANA SILICON TECHNOLOGIES, LLC. AND LONGHORN IP, LLC**