

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JARRETT B. PERLOW
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

August 9, 2024

2023-2007 - Micron Technology Inc. v. Longhorn IP LLC

# NOTICE OF NON-COMPLIANCE

The paper copies provided to the court by ACT The App Association are not in compliance with the rules of this court. Within <u>five</u> business days from the date of this notice, please submit compliant paper copies that correct the following identified deficiencies:

- The paper copies of the brief have an incorrect cover color. The cover of an intervenor's or amicus curiae's brief must be green. Fed. R. App. P. 32(a)(2).

\* \* \*

<u>A party's failure to timely file corrected paper copies curing all defects identified on this notice may result in adverse action.</u> An appellant or petitioner's failure to cure a defective filing may also result in the dismissal of the appeal.

Upon receipt of corrected paper copies, the Clerk's Office will appropriately dispose of the non-compliant versions previously provided.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

By: V. Woodard, Deputy Clerk