Case Nos. 23-2007, 23-2095

# United States Court of Appeals for the Federal Circuit

Case No. 23-2007

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Plaintiffs-Appellees*

v.

LONGHORN IP, LLC,
*Defendant-Appellant.*

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00273-DCN (Judge David C. Nye)

Case No. 23-2095

KATANA SILICON TECHNOLOGIES LLC,
*Plaintiff-Appellant*,

v.

MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,
*Defendants-Appellees.*

Interlocutory Appeal from the United States District Court for the District of Idaho, No. 1:22-cv-00282-DCN (Judge David C. Nye)

**NOTICE OF WITHDRAWAL OF NON-PRINCIPAL COUNSEL**

Appellants Katana Silicon Technologies, LLC and Longhorn IP, LLC ("Appellants") file this Notice of Withdrawal of Non-Principal Counsel ("Notice") to withdraw Joshua J. Bennett as counsel of record for Appellants, as he is no longer with the law firm of Carter Arnett PLLC (formerly Carter Arnett Bennett & Perez PLLC).

Accordingly, Appellants respectfully request that the Court permit Joshua J. Bennett, to withdraw as counsel of record in this matter. Appellants will continue to be represented by Scott Breedlove and Omer Salik of the law firm of Carter Arnett PLLC.

Respectfully submitted on this 20th day of December 2024.

/s/ Scott W. Breedlove
Scott W. Breedlove
sbreedlove@carterarnett.com
Omer Salik
osalik@carterarnett.com
**CARTER ARNETT PLLC**
8150 N. Central Expy, Ste. 500
Dallas, Texas 75206
Telephone: 214-550-8188
Facsimile: 214-550-8185

**ATTORNEYS FOR APPELLANTS KATANA SILICON TECHNOLOGIES, LLC. AND LONGHORN IP, LLC**