# United States Court of Appeals for the Federal Circuit

_____

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Plaintiffs-Appellees*

v.

**LONGHORN IP LLC,**
*Defendant-Appellant*

_____

2023-2007

_____

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00273-DCN, Judge David C. Nye.

-------------------------------------------------

**KATANA SILICON TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

v.

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Defendants-Appellees*

_____

2023-2095

_____

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00282-DCN, Judge David C. Nye.

_____

# JUDGMENT

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT



December 18, 2025
Date

Jarrett B. Perlow
Clerk of Court