# United States Court of Appeals for the Federal Circuit

_____

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Plaintiffs-Appellees*

v.

**LONGHORN IP LLC,**
*Defendant-Appellant*

_____

2023-2007

_____

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00273-DCN, Judge David C. Nye.

-------------------------------------------------

**KATANA SILICON TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

v.

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON TECHNOLOGY TEXAS, LLC, STATE OF IDAHO,**
*Defendants-Appellees*

_____

2023-2095

_____

Appeal from the United States District Court for the District of Idaho in No. 1:22-cv-00282-DCN, Judge David C. Nye.

_____

# MANDATE

In accordance with the judgment of this Court, entered December 18, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT



January 26, 2026
Date

Jarrett B. Perlow
Clerk of Court